IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 2 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01968-BNB

PHILLIP D. BACA,

Applicant,

v.

KELLY WASKO, Warden, Fort Lyon Correctional Facility,
ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

## ORDER OF DISMISSAL

Applicant, Phillip Baca, is an inmate at the Denver County Jail in Denver, Colorado. He initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action on August 3, 2010. Mr. Baca filed two similar, but not identical, Applications for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on August 18, 2010 [Doc Nos. 3 and 4]. Mr. Baca claims that he was wrongfully arrested, charged, convicted, and sentenced in Jefferson County Colorado District Court Case Nos. 07CR2390, 07CR3324, 07CR3285, and 07M7699.

The Court construes Mr. Baca's filings liberally because he is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110.

On August 18, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Baca to cure certain enumerated deficiencies in this case within thirty days. Mr. Baca attempted to cure the noted deficiencies within the court-ordered deadline. See Doc. Nos. 6 and 7. Notwithstanding some continuing deficiencies in his filings, the Court granted Mr. Baca leave to proceed *in forma pauperis* on September 2, 2010.

In an order dated September 13, 2010, Magistrate Judge Boyd N. Boland directed Mr. Baca to file within thirty days an amended application that complied with Rule 8 of the Federal Rules of Civil Procedure, and with Rule 4 of the Rules Governing Section 2254 Cases. The September 13 Order explained in detail the amended application Mr. Baca needed to file in order to comply with Fed. R. Civ. P. 8, and Rule 4 of the Section 2254 Rules. Mr. Baca was warned that his failure to file an amended application within the time allowed would result in denial of the Application and dismissal of this action without further notice. Mr. Baca did not submit an amended application within the time allowed. Accordingly, it is

ORDERED that Phillip A. Baca's Applications for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [Doc. Nos. 3 and 4], as amended [Doc. No. 7], are denied and this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Mr. Baca's failure to comply with the Court's September 13, 2010 Order directing him to file an amended application. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this __22nd__ day of ___October___, 2010.

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01968-BNB

Phillip D. Baca
Prisoner No. 147072
Fort Lyon Corr. Facility
P.O. Box 1000
Fort Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/22/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk